UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| United States of America, | Criminal No. 05-387 (RHK/RLE) |
| Plaintiff, | ORDER |
| v. | |
| John Thomas Turpin (1), and | |
| Gary Lynn Goodwin (2), | |
| Defendants. | |

---

This matter is before the Court based on Defendant Turpin's Motion for a continuance of the trial date. The continuance is requested in order for the attorney for Defendant Turpin to obtain the medical and psychological records created during the examination of Defendant Turpin under the authority of 18 U.S.C. § 4242 and to provide said records to the defense expert as part of the preparation for trial. The Government does not oppose this Motion.

Based upon all the files, records and proceedings herein, the Court concludes pursuant to 18 U.S.C. § 3161(h)(8)(A) that the ends of justice will be served by granting a continuance and outweigh the best interests of the public and Defendant in a speedier trial. Thus, **IT IS HEREBY ORDERED:**

1. Defendant Turpin's request for a continuance of the trial date is **GRANTED**;

2. The time between the Defendant Turpin's Motion for a continuance and the date the trial shall commence shall be excluded in computing the time within which the trial in this matter must commence under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(8)(A); and

3. The parties shall confer with one another and contact Debra Siebrecht, calendar clerk for Judge Richard H. Kyle, and schedule a new trial date within the requested time frame.

Dated: July 20, 2006

                                                   s/Richard H. Kyle  
                                                  RICHARD H. KYLE  
                                                  United States District Judge