**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

| | |
|---|---|
| United States of America, | Criminal No. 05-387 (1)(RHK/RLE) |
| Plaintiff, | **ORDER** |
| v. | |
| John Thomas Turpin (1), | |
| Defendant. | |

---

Defendant Turpin's Motion for Judgment of Acquittal or a New Trial (Doc. No. 201) is **DENIED**.

Dated: July 10, 2007

               s/Richard H. Kyle
               RICHARD H. KYLE
               United States District Judge